FILED

JAN 1 2 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLENNIUM LABORATORIES, INC., | Case No. 3:12-cv-02742-BAS-KSC |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| DARWIN SELECT INSURANCE COMPANY, | Trial Date: January 6, 2015 |
| Defendant. | Action Filed: November 9, 2012 |

Upon consideration of all the evidence introduced in this action, the record of proceedings and all written submissions and arguments presented in connection with these proceedings to date, the Court enters the following Final Judgment:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED:**

1.    This action was filed by Millennium Laboratories, Inc. ("Millennium") against Darwin Select Insurance Company ("Darwin") concerning defense coverage in two underlying lawsuits, the *Ameritox* action and the *Calloway* action, under a liability policy issued by Darwin to Millennium.  Millennium's complaint contains three causes of action: Declaratory Relief, Breach of Contract and Breach of the

1 | Covenant of Good Faith and Fair Dealing.

2 | 2.      The Court (Judge Huff, then presiding) granted summary judgment in favor
of Millennium on the Declaratory Relief and Breach of Contract causes of action.
Docket # 112.  The Court (Judge Bashant, then presiding) subsequently reaffirmed
summary judgment, denying Darwin's motion for reconsideration.  Docket # 211.
Those rulings are incorporated, as written, into this Final Judgment.

3.      The Court also presided over a Phase I jury trial that took place on January 6,
2015 to determine whether Darwin breached the covenant of good faith and fair
dealing with respect to the requests for defense coverage in the *Ameritox* and
*Calloway* actions.  The jury returned verdicts in favor of Millennium and against
Darwin on both counts.  Docket #388.

4.      The remaining issue in this action, the monetary amount of damages, has been
resolved by the parties by stipulations dated December 18, 2014 and January 12,
2015.  Damages for Breach of Contract, but limited to those defense costs in the
*Ameritox* and *Calloway* actions through June 30, 2014, are $8,195,316.  (This figure
accounts for an offset of $6,250,000 for defense costs that Darwin paid to
Millennium in those underlying actions following the summary judgment rulings.)
Damages for Breach of Covenant of Good Faith and Fair Dealing are $554,683 in
*Brandt* fees.

5.      Accordingly, Final Judgment is entered in favor of Plaintiff Millennium and
against Defendant Darwin on all causes of action, and in the amounts set forth in
paragraph 4, *supra*.  Case is closed.

**SO ORDERED.**

DATED:  1/12                , 2015

*Cynthia B.M.*

Hon. Cynthia A. Bashant
United States District Judge